UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:10-cr-58 |
| v. | ) | COLLIER / LEE |
| | ) | |
| DEMITA BROWN | ) | |
| | ) | |

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) accept Defendant's plea of guilty to Count One of the Bill of Information; (2) adjudicate Defendant guilty of the charges set forth in Count One of the Bill of Information; (3) defer a decision on whether to accept the plea agreement until sentencing; and (4) defendant remain on bond under appropriate conditions of release pending sentencing in this matter (Court File No. 10). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 10) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Bill of Information is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Bill of Information;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending

sentencing in this matter which is scheduled to take place on **Thursday, September 23, 2010 at 9:00 a.m.[EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**